**United States District Court**
**District of New Jersey**

-----------------------------------------------------------X
UNITED STATES OF AMERICA, : Hon. Susan D. Wigenton
:
v. : **CONSENT ORDER**
:
CASSANDRA MARTINEZ, : Crim #: 22-
: Mag. No. 20-9270
*Defendant.* :
:
-----------------------------------------------------------X

This matter having come before the Court upon the request of Cassandra Martinez, through her attorney, Steven Metcalf, Esq., for an order modifying the conditions of pretrial release, and both Pretrial Services and Assistant United States Attorney, Olta Bejleri, consenting to the request, and all relevant information having been provided to Pretrial Services,

**IT IS HEREBY ORDERED** on this 6th day of September 2022, that the conditions of pretrial release as to Cassandra Martinez, with consent of the parties, are modified to "Curfew with Location Monitoring, hours to be approved by pretrial Services", commencing on the date of execution of this Order; and

**IT IS FURTHER ORDERD** that all other terms of the Order Setting Conditions of Release shall remain the same.

Consented to by:

_____
STEVEN A. METCALF, ESQ.
Counsel for Defendant
metcalflawnyc@gmail.com

_____
ERIKA DIPALMA
Intensive Supervision Specialists
Pretrial Services Agency
District of New Jersey
erika_dipalma@njpt.uscourts.gov

_____
A.U.S.A., OLTA BEJLERI, ESQ.
Assistant U.S. Attorney
Olta.Bejleri@usdoj.gov

**SO ORDERED ON** ___ September 6, 2022:

_____
Honorable Susan D. Wigenton